# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0728
_____

OSCAR E. GONZALEZ,

   Appellant,

v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

August 27, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Glen A. Bassett, Special Counsel, Tallahassee, for Appellee.